September 18, 1981.

437 A.2d 1028

Commonwealth v. Carter, Appellant.

Argued May 28, 1981.  Gwanita G. Hester, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgment of sentence affirmed.

WIEAND, J. concurred in the result.

437 A.2d 1028

Commonwealth v. Fisher, Appellant.

Argued February 2, 1981.  Stephen P. Ellwood, for appellant;  Adam Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order of the lower court affirmed.